JS6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

RICHARD TETSUO OSAKI,

                         Plaintiff,

                v.

THE SAN BERNARDINO COUNTY

SHERIFF DEPARTMENT, et al.,

                       Defendants.

Case No. 5:22-cv-01589-FMO-SHK

**JUDGMENT**

Pursuant to the Order Dismissing Case, **IT IS HEREBY ADJUDGED** that the case is **DISMISSED** without prejudice.

Dated:  August 8, 2023

                                         /s/
                            HONORABLE FERNANDO M. OLGUIN
                            United States District Judge